JAMES R. ROSEN, ESQ. (State Bar No. 119438)
RYAN D. SABA, ESQ. (State Bar No. 192370)
**Members of Rosen ✧ Saba, llp**
468 North Camden Drive, Third Floor
Beverly Hills, California 90210
Telephone: (310) 285-1727
Facsimile: (310) 285-1728

Attorneys for Defendants,
PDEI, INC. and REACTOR FILMS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DIANDA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PDEI, INC., a California Corporation, REACTOR FILMS, INC., a California Corporation, and Doe 1 through and including Doe 100,<br><br>Defendants. | Case No.: CV 08-1220-VBF (FMOx)<br>*Honorable Valerie Baker Fairbank*<br><br>**JUDGMENT IN FAVOR OF DEFENDANT PDEI, INC.** |

///

///

///

---

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

On November 3, 2008, the Honorable Valerie Baker Fairbank of the above-entitled Court granted summary judgment in favor of Defendant PDEI, Inc. in the above-entitled action.

IT IS ORDERED AND ADJUDGED that the Plaintiff Joseph Dianda take nothing, that this action be dismissed on its merits against Defendant PDEI, Inc. and that Defendant PDEI, Inc. recover its costs.

DATED: November 7, 2008   By: _____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

DATED: November 5, 2008         Rosen ✧ Saba, llp

By: _____
RYAN D. SABA, ESQ.
Attorneys for Defendants,
PDEI, INC. and REACTOR FILMS, INC.

ROSEN ✧ SABA, LLP
468 North Camden Drive, 3rd Floor
Beverly Hills, California 90210

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss
**COUNTY OF LOS ANGELES** )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 468 North Camden Drive, Third Floor, Beverly Hills, California 90210.

    On **November 5, 2008,** I served the foregoing document described as: **[Proposed] JUDGMENT IN FAVOR OF DEFENDANT PDEI, INC.**, on the following interested parties in this action:

| | |
|---|---|
| Alan Harris, Esq.<br>Jonathan Ricasa, Esq.<br>HARRIS & RUBLE<br>5455 Wilshire Boulevard, Suite 1800<br>Los Angeles, California 90036 | Attorneys for Plaintiff Joseph Dianda:<br><br>Telephone: (323) 931-3777<br>Facsimile: (323) 931-3366<br>aharris@harrisandruble.com<br>jricasa@harrisandruble.com |

[√]   By electronic transmission to all parties at the addresses identified herein through the CM/ECF Pacer filing system.

[√]   FEDERAL   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I also declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **November 5, 2008,** at Beverly Hills, California.

_____
Baeza Mejia

ROSEN ⋄ SABA, LLP
468 North Camden Drive, 3rd Floor
Beverly Hills, California 90210